UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIEU OANH THI LUONG,

    Petitioner,

v.    Case No. 3:25-cv-1203-JEP-PDB

SCOTTY RHODEN, et al.,

    Respondents.

_____

## ORDER

Petitioner Kieu Oanh Thi Luong initiated this action through counsel by filing a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1; Petition) on October 6, 2025. At the time she filed the Petition, U.S. Immigration and Customs Enforcement (ICE) was detaining Luong at the Baker County Facility. However, ICE's website currently reflects that Petitioner is no longer in custody.[1]

In light of Petitioner's apparent release from ICE custody, the Court entered an Order to Show Cause (Doc. 9), directing Petitioner to show cause why this case should not be dismissed as moot. To date, Petitioner has failed

---

[1] *See* Online Detainee Locator System, U.S. Immigration and Customs Enforcement, available at https://locator.ice.gov/odls/#/search (last visited Feb. 5, 2026).

to file a response to the Court's Order. Therefore, the Court will dismiss this case as moot.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED as moot**.

2. The **Clerk** shall enter judgment dismissing this case as moot, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of February, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record